## JESSE v. STATE.
No. 22442.

Court of Criminal Appeals of Texas.

March 24, 1943.

Stanford & Lewis, of Navasota, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of a hog, punishment being two years in the penitentiary.

No statement of facts or bills of exception are brought forward. Nothing is presented for review.

The judgment is affirmed.

## LISIECKE v. STATE.
No. 22443.

Court of Criminal Appeals of Texas.

March 24, 1943.

H. L. Lewis, Jr., of Navasota, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Upon his plea of guilty to the offense of cattle theft, appellant was assessed three years in the state penitentiary.

The record is before us without statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.